IN THE MATTER OF THE APPLICATION OF WALTER EDWARD EKLUND TO REGISTER TITLE TO REAL PROPERTY SITUATE AT PAHOEHOE 3RD AND 4TH, NORTH KONA, HAWAII, STATE OF HAWAII.

No. 4513.

MARCH 9, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE M. DOI IN PLACE OF KOBAYASHI, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Robert W. Carlsmith* (*Carlsmith, Carlsmith, Wichman and Case* of counsel), *Frank D. Gibson, Jr.* (*Henshaw, Conroy & Hamilton* of counsel) and *Robert G. Hogan* and *Franklin K. Fogg* (*Hogan, Howell & Rother* of counsel) for the petition.